IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOHN F. WOOLARD                                                       PETITIONER

v.                                                                             No. 2:05CV223-D-A

STATE OF MISSISSIPPI, ET AL.                                RESPONDENTS

**MEMORANDUM OPINION**

This matter comes before the court on the motion by the *pro se* petitioner to dismiss the instant petition for a writ of *habeas corpus*. The petitioner states in his motion, "[The] petitioner believes that even under the very best court trial conditions he wouldn't [have] had any chance whatsoever to win his case in any court of law. I did the crimes I was charged with[,] and it's about time I took responsibility for my actions . . . ." In addition, the petitioner states that he does not "want to take any chance whatsoever of [] being granted relief and a new trial." In light of the petitioner's unequivocal statement of guilt, his desire to accept responsibility for his crimes, and his wish to dismiss his petition, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 6th day of February, 2007.

                                                             /s/ Glen H. Davidson
                                                             CHIEF JUDGE